IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Harold Lee Pyatt,           )<br>                             )<br>            Plaintiff,    )<br>                             )<br>     vs.                     )<br>                             )<br>A. Lane Cribb, Sheriff of Georgetown  )<br>County, and County of Georgetown,     )<br>                             )<br>            Defendants.   )<br>                             )<br>_____) | C.A. No.: 9:06-3427-RBH<br><br>**O R D E R** |

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge George C. Kosko, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

The Plaintiff filed no objections to the Report and Recommendation. In fact, the Report and Recommendation was mailed to the plaintiff on September 5, 2007. The Report and Recommendation was returned to the court marked as undeliverable and marked "RTS" on September 10, 2007. By [#3] Order dated December 19, 2006, Plaintiff was notified that he must keep the Clerk informed of his

1

address and that if he failed to file something he is required to file, his case could be dismissed. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Kosko's Report and Recommendation and incorporates it herein. It is therefore

**ORDERED** that this action is dismissed for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                                S/ R. Bryan Harwell
                                                R. BRYAN HARWELL
                                                United States District Judge

Florence, South Carolina
September 25, 2007